IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH MICHAEL DAVIS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5068

Opinion filed March 2, 2015.

An appeal from an order of the Circuit Court for Escambia County.
T. Michael Jones, Judge.

Joseph Michael Davis, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     DISMISSED.  Hall v. State, 117 So. 3d 478 (Fla. 1st DCA 2013).

WOLF, MAKAR, and OSTERHAUS, JJ., CONCUR.